# United States District Court
## Violation Notice

MD 41

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 4481187 | S. Rye | 163 |

4481187

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☐ State Code |
|---|---|
| 10/30/2014  0540 | 18 USC Section 13  16-101 (a) |

Place of Offense

Fort George G Meade

Offense Description: Factual Basis for Charge          HAZMAT ☐

Driving without a drivers license

### DEFENDANT INFORMAT■■■

| Last Name | First Name | M.I. |
|---|---|---|
| Cruz | Luis | A |

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| 2BD2595 | MD | 03 | Ford Windster | | Slv |

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

TBD

| | $ | Forfeiture Amount |
|---|---|---|
| | | + $25 Processing Fee |
| PAY THIS AMOUNT → | $ | Total Collateral Due |

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| TBD | |
| | Time (hh:mm) |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature _____

(Rev. 01/2011)          Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on ___10-30___, 20_14_ while exercising my duties as a law enforcement officer in the __Northern__ District of __Ft Meade__

See Report W14303001

The foregoing statement is based upon:

☐ my personal observation          ☒ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: ___10/30/2014___          _____
Date (mm/dd/yyyy)          Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)          U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident